TIMOTHY COURCHAINE
United States Attorney
District of Arizona

LEIGHANN M. THOMAS
Assistant U.S. Attorney
Illinois State Bar No. 6327687
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: LeighAnn.Thomas@usdoj.gov
Attorneys for Plaintiff

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 0 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___KG_____Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00986-PHX-GMS (MTM) |
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 111(a)<br>(Assaulting, Resisting, and Impeding a Federal Officer) |
| Angelina Maria Hernandez, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 2, 2025, in the District of Arizona, Defendant ANGELINA MARIA HERNANDEZ, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Customs and Border Protection Officer (CBPO) C.Y., who is an officer and employee of the United States and protected as designated in 18 U.S.C. § 1114, while CBPO C.Y. was engaged in and on account of the performance of her official duties, and Defendant ANGELINA MARIA HERNANDEZ did so by making physical contact with CBPO C.Y.

//

//

//

All in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 8, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
LEIGHANN M. THOMAS
Assistant U.S. Attorney